# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

GEMCO PAINTING, INC.,

        Plaintiff

v.

GEMCO USA CORP.,

        Defendant

Civil Action No.

16CV61810-Cooke

_____/

## SUMMONS IN A CIVIL ACTION

To:   GEMCO USA CORP
       320 N. Congress Avenue
       Suite 107
       Delray Beach, FL  33445

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  **Brian S. Pantaleo, Esq.**, Locke Lord LLP, 525 Okeechobee Blvd., Suite 1600, West Palm Beach, FL 33401.

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: Jul 29, 2016 , 2016

(Court Seal)

AM 58462162.1

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts